OPINION — AG — ** RULES AND REGULATIONS — SCENIC RIVERS COMMISSION ** THE SCENIC RIVERS COMMISSION CREATED UNDER THE AUTHORITY OF THE SCENIC RIVERS ACT, 82 O.S. 1451 [82-1451] ET SEQ., ARE MANDATORILY REQUIRED TO PROMULGATE AND PUT INTO EFFECT RULES AND REGULATIONS GOVERNING PLANNING AND ZONING OF SCENIC RIVER AREAS PROTECTED BY THE ACT AS ARE NECESSARY TO PROTECT THE PUBLIC INTEREST AND TO ACHIEVE THE PURPOSE OF THE SCENIC RIVERS ACT. (ZONING, WATERS) CITE: 82 O.S. 1451 [82-1451], 82 O.S. 1452 [82-1452] [82-1452](A), 82 O.S. 1460 [82-1460], 82 O.S. 1461 [82-1461] [82-1461](A), 82 O.S. 1461 [82-1461](E), 82 O.S. 1461 [82-1461] [82-1461](F) (MICHAEL SCOTT FERN)